United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03440-HWV

John C Snyder, Jr.  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Dec 02, 2020     Form ID: ntgen     Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C Snyder, Jr., 114 Allegheny Avenue, 1st Floor, Hanover, PA 17331-1803 |
| cr | + | Attn: Support Servic SunTrust Bank now Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5377355 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5377358 | + | Citi bank, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377359 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377368 | + | Comenitycapital/sephor, Po Box 182120, Columbus, OH 43218-2120 |
| 5377373 | + | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5377377 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377381 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377379 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5377393 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5377394 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, PO BOX 856177, Louisville, KY 40285 |
| 5377391 | + | Pat Klinedinst, 84 Seneca Drive, Hanover, PA 17331-7724 |
| 5377392 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5377396 | + | Sephora Visa/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5377397 | + | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |
| 5377399 | + | Suntrust Bk, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 5377410 | + | ULTA MC- Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 19:44:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377354 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:47:29 | Amazon/Synchrony, Po BOX 960013, Orlando, FL 32896-0013 |
| 5377361 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 02 2020 19:30:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 5377356 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 19:43:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5377357 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Care Credit/Synchrony, PO BOX 960061, Orlando, FL 32896-0061 |
| 5377362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5377363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5377364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5377366 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 02 2020 19:30:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5377365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenitybank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5377369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5377367 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5377370 | + | Email/Text: bankruptcy@sccompanies.com | Dec 02 2020 19:31:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5377371 | + | Email/Text: mrdiscen@discover.com | Dec 02 2020 19:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5377372 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:39:51 | HSN, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5377375 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2020 19:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5377378 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:53 | Lowes/Synchrony, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5377380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Maurices/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5377393 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2020 19:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5377394 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2020 19:30:00 | PNC Bank, PO BOX 856177, Louisville, KY 40285 |
| 5377395 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:57 | QVC/Synchrony, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5377401 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:53 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377400 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377402 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377415 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377403 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377404 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:47:29 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5377405 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377406 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:47:29 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5377407 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:58 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377408 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:43:52 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377409 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Torrid- Comenity, PO BOX 659584, San Antonio, TX 78265-9584 |
| 5377411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Venus/Comenity, Po BOX 659450, San Antonio, TX 78265-9450 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5377412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Victoria Secret, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5377413 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 19:30:00 | Wayfair- Comenity, PO BOX 659617, San Antonio, TX 78265-9617 |
| 5377414 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 19:47:29 | Zulilly/Synchb, PO BOX 530993, Atlanta, GA 30353-0993 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5377360 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377374 | *+ | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5377376 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5377382 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377383 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377384 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377385 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377386 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377387 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377388 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377389 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377390 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377398 | *+ | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 04, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| Taylor K Thomas | on behalf of Debtor 1 John C Snyder Jr. tthomas@beckerlawgrouppc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

   John C Snyder Jr.

**Debtor 1**

Chapter: 7

Case number: 1:20−bk−03440−HWV

Document Number: 25

Matter: Order Severing Case

## Notice

NOTICE is hereby given that:

An Order was entered on 12/2/20 severing this debtor from case number 1−20−bk−02913−HWV. The case was severed for the administrative purpose of recording information which applies to only one of the parties on the joint petition.

The new bankruptcy case number for the above−referenced debtor is 1:20−bk−03440−HWV . Please make a note of the new case number for your records. This case number should be consulted for any future activity pertaining to this debtor.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2020 |

ntgen(05/18)