In re:  
John C Snyder, Jr.  
    Debtor

Case No. 20-03440-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Mar 05, 2021 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John C Snyder, Jr., 114 Allegheny Avenue, 1st Floor, Hanover, PA 17331-1803 |
| cr | + | Attn: Support Servic SunTrust Bank now Truist Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5377368 | + | Comenitycapital/sephor, Po Box 182120, Columbus, OH 43218-2120 |
| 5377373 | + | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5377377 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377381 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377379 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5377391 | + | Pat Klinedinst, 84 Seneca Drive, Hanover, PA 17331-7724 |
| 5377392 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5377396 | + | Sephora Visa/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5377397 | + | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |
| 5377410 | + | ULTA MC- Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 05 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377354 | + | EDI: RMSC.COM | Mar 05 2021 23:53:00 | Amazon/Synchrony, Po BOX 960013, Orlando, FL 32896-0013 |
| 5377355 | + | EDI: BANKAMER.COM | Mar 05 2021 23:53:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5377361 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 05 2021 18:57:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 5377356 | + | EDI: CAPITALONE.COM | Mar 05 2021 23:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5377357 | + | EDI: RMSC.COM | Mar 05 2021 23:53:00 | Care Credit/Synchrony, PO BOX 960061, Orlando, FL 32896-0061 |
| 5377358 | + | EDI: CITICORP.COM | Mar 05 2021 23:53:00 | Citi bank, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377359 | + | EDI: CITICORP.COM | Mar 05 2021 23:53:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377362 | + | EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5377363 | + | EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5377364 | + | EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5377366 | + | EDI: WFNNB.COM | Mar 05 2021 23:53:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 5377365 | + EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenitybank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5377369 | + EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5377367 | + EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5377370 | + EDI: CBS7AVE | Mar 05 2021 23:53:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5377371 | + EDI: DISCOVER.COM | Mar 05 2021 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5377372 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | HSN, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5377375 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 05 2021 18:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5377377 | + EDI: LENDNGCLUB | Mar 05 2021 23:53:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377378 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Lowes/Synchrony, PO BOX 530914, Atlanta, GA 30353-0914 |
| 5377380 | + EDI: WFNNB.COM | Mar 05 2021 23:53:00 | Maurices/Comenity, PO BOX 659450, San Antonio, TX 78265-9450 |
| 5377393 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2021 18:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5377394 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2021 18:57:00 | PNC Bank, PO BOX 856177, Louisville, KY 40285 |
| 5377395 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | QVC/Synchrony, PO BOX 530905, Atlanta, GA 30353-0905 |
| 5377399 | + EDI: STF1.COM | Mar 05 2021 23:53:00 | Suntrust Bk, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 8509, Richmond, VA 23286-0001 |
| 5377401 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377400 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377402 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377415 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377403 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377404 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5377405 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377406 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5377407 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377408 | + EDI: RMSC.COM | Mar 05 2021 23:53:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5377409 | + EDI: WFNNB.COM | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 05 2021 23:53:00 | Torrid- Comenity, PO BOX 659584, San Antonio, TX 78265-9584 |
| 5377411 | + | EDI: WFNNB.COM | | |
| | | | Mar 05 2021 23:53:00 | Venus/Comenity, Po BOX 659450, San Antonio, TX 78265-9450 |
| 5377412 | + | EDI: WFNNB.COM | | |
| | | | Mar 05 2021 23:53:00 | Victoria Secret, PO BOX 659728, San Antonio, TX 78265-9728 |
| 5377413 | + | EDI: WFNNB.COM | | |
| | | | Mar 05 2021 23:53:00 | Wayfair- Comenity, PO BOX 659617, San Antonio, TX 78265-9617 |
| 5377414 | + | EDI: RMSC.COM | | |
| | | | Mar 05 2021 23:53:00 | Zulilly/Synchb, PO BOX 530993, Atlanta, GA 30353-0993 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5377360 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377374 | *+ | KOHLS, PO BOX 1456, Charlotte, NC 28201-1456 |
| 5377376 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5377382 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377383 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377384 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377385 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377386 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377387 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377388 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377389 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377390 | *+ | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5377398 | *+ | Steps to Recovery, 1400 Veterans Highway, Levittown, PA 19056-2115 |
| 5377538 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2021  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |

Taylor K Thomas     on behalf of Debtor 1 John C Snyder Jr. tthomas@beckerlawgrouppc.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| Information to identify the case: | |
|---|---|
| Debtor 1: John C Snyder Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4564 <br> EIN  __–_____ |
| Debtor 2 (Spouse, if filing): <br> First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number:  1:20–bk–03440–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John C Snyder Jr.

**By the court:**  _/s/ Henry W. Van Eck_

3/5/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CynthiaBoyle, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**